USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                           :

JOHN SICILIANO, JR.,                     :

                                        :

                   Plaintiff,   :              1:26-cv-1316-GHW

                                        :

             -v -                :               ORDER

                                        :

IMPERIAL BAG AND PAPER CO, LLC,    :

                                        :

                  Defendant.:

                                        :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on March 23, 2026, the parties are directed to meet and confer to discuss any amendment of the complaint in the first-filed action. If Plaintiff wishes to seek leave to amend the complaint in his first-filed action to assert a negligence claim, the parties are directed to submit a joint letter no later than March 30, 2026 outlining their respective positions on any such amendment and attaching a blackline of the proposed amended complaint in accordance with the Court's Individual Rules of Practice in Civil Cases.

And as also stated on the record, if no joint letter is filed by March 30, 2026, Plaintiff's opposition to the motion to dismiss is due no later than April 6, 2026; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition.

SO ORDERED.

Dated:  March 23, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge